IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN STATE OF MISSISSIPPI
SOUTHER DIVISION

SHERRY C. TARANTO, et al                                                                    PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 1:08cv1356-LG-RHW

STATE FARM FIRE AND CASUALTY INSURANCE                          DEFENDANT

### MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

COMES NOW Darryl M. Gibbs, a member-in-good-standing of the bar of this Court, and pursuant to Local Rule 83.1 (a)(2), respectfully moves the Court for admission of John H. Denenea, Jr. by comity as nonresident attorney, *pro hac vice*. As grounds for said motion, Movant represents onto the Court that:

1. As set forth in the affidavit hereto (Exhibit "1"), John H. Denenea, Jr. practices law in Louisiana. He is a member-in-good-standing of the State Bar of Louisiana (Exhibit "2") and the Bars of the Eastern, Middle and Western Districts of Louisiana (Exhibit "3", "4" and "5").

2. John H. Denenea, Jr. obtained a Juris Doctor degree from Loyola University School of Law. He was admitted to the Louisiana State Bar in 1988.

3. John H. Denenea, Jr. seeks admission *pro hac vice* in this case to represent the Plaintiffs, in association with Darryl M. Gibbs, resident attorney.

4. WHEREFORE, PREMISES CONSIDERED, Darryl M. Gibbs respectfully moves the Court, pursuant to Local Rule 83.1 (A)(2), that John H. Denenea, Jr. be admitted *pro hac vice* as a non-resident attorney before the bar of this Court, for the limited purpose of representing Plaintiffs, in connection with the above-referenced civil action.

Respectfully Submitted,

TABOR, CHHABRA & GIBBS, P.A.

By: /s/Darryl M. Gibbs
Darryl M. Gibbs

Darryl M. Gibbs, MS Bar No. 100232
TABOR, CHHABRA & GIBBS, P.A.
120 North Congress Street, Suite 200
Jackson, Mississippi 39201
Telephone: (601) 914-1512
Facsimile: (601) 914-1511
dgibbs@tcglegal.com

## CERTIFICATE OF SERVICE

I, the undersigned, Darryl M. Gibbs, Attorney for the Plaintiffs, do hereby certify that I have this day served via electronic means true and correct copy of the above and foregoing to:

James H. Heidelberg, Esq.
Jessica M Dupont, Esq.
Heidelberg, Steinberger,
Colmer & Burrow, P.A.
Post Office Box 1407
Pascagoula, Mississippi 39568-1407

THIS the 11th day of September, 2009.

/s/ Darryl M. Gibbs
Darryl M. Gibbs